FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUN 16 2015
CLERK_____
SO. DIST OF GA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MOTION TO DISMISS |
| | ) | |
| v. | ) | 4:14-PO-00227 |
| | ) | |
| TERRELL R. RAINEY | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this ___15TH___ day of June, 2015.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA